ORIGINAL

Approved: _____
MAURENE COMEY/ANDREW K. CHAN
Assistant United States Attorneys

Before:  THE HONORABLE HENRY PITMAN
         United States Magistrate Judge
         Southern District of New York

18 MAG 5340

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :   **SEALED COMPLAINT**

          - v. -                    :   Violation of
                                        18 U.S.C. §§ 922(g)(1)
KEVIN EPPS,                         :   and 2

                    Defendant.      :   COUNTY OF OFFENSE:
                                        BRONX

- - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

    MICHAEL MUNROE, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

                        COUNT ONE

    1.  On or about July 14, 2017, in the Southern District of New York and elsewhere, KEVIN EPPS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a 9 mm Keltic semiautomatic handgun, which had previously been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Sections 922(g)(1) and 2.)

    The bases for my knowledge and for the foregoing charge are, in part, as follows:

    2.  I am a Detective with the NYPD and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses and others, as well as my examination of reports and records. Because this affidavit is

being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my conversations with an NYPD officer ("Officer-1") personally involved in the arrest of KEVIN EPPS, the defendant, I have learned the following, among other things:

a. On or about July 14, 2017, at approximately 11:57 p.m., Officer-1 was riding in the front passenger seat of an unmarked car ("Vehicle-1") with an NYPD Sergeant ("Sergeant-1") and a second NYPD Officer ("Officer-2") on Sound View Avenue in the Bronx, New York.

b. In the vicinity of 1050 Sound View Avenue, Officer-1 observed an individual later identified as KEVIN EPPS, the defendant, who was walking nearby, adjust his waistband as Vehicle-1 approached.

c. Officer-1 informed Sergeant-1 and Officer-2 of his observations, at which point they turned Vehicle-1 around to follow EPPS. As Vehicle-1 completed a U-Turn, Officer-1 observed EPPS drop an object on the ground underneath a parked car ("Vehicle-2"). Officer-1 then observed EPPS walk quickly away from Vehicle-2.

d. Officer-1, Sergeant-1, and Officer-2 then parked and exited the Vehicle. Sergeant-1 and Officer-2 approached EPPS, who had walked away from Vehicle-1. Meanwhile, Officer-1 walked over to Vehicle-2, looked underneath the car, and observed a 9 mm Keltic semiautomatic handgun (the "Firearm").

e. Officer-1 then secured the scene with Sergeant-1 and Officer-2, and EPPS was placed under arrest.

4. Based on my review of NYPD reports, I know the following:

a. The Firearm was recovered from beneath Vehicle-2, after which it was swabbed for DNA, which swabs were submitted for DNA analysis.

2

    b. Following his arrest, EPPS was interviewed by an NYPD Detective ("Detective-1"). During the interview, EPPS smoked a cigarette (the "Cigarette"). When EPPS left the interview room, he left the butt of the Cigarette in the room where he was interviewed. Following the interview, Detective-1 recovered, preserved, and submitted the Cigarette for DNA analysis.

    5. Based on my review of a Laboratory Report from the Office of Chief Medical Examiner ("OCME"), I know the following:

    a. OCME analysis of the swabs from the Firearm revealed DNA from three different DNA donors.

    b. OCME concluded that the DNA mixture found on the Firearm is approximately 23 million times more probable if one of the DNA donors who left DNA on the Firearm is the same DNA donor who left DNA on the Cigarette.

    6. Based on my training and experience, and my communications with other law enforcement agents, including a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is familiar with the manufacturing of firearms, I know that the Firearm was not manufactured in New York State.

    7. Based on my review of criminal history records pertaining to KEVIN EPPS, the defendant, I have learned that on or about February 27, 2012, in Bronx County Supreme Court, EPPS was convicted of Robbery in the Second Degree, in violation of New York Penal Law § 160.10, a Class C Felony.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of KEVIN EPPS, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

_____
Detective Michael Munroe
New York City Police Department

Sworn to before me this
24 day of June, 2018

_____
THE HONORABLE HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4



kevblack_smm • Follow

**kevblack_smm** I Told That Nigga I Hate Hiding I'm Probally In Ya City #RealHittaShit #KeepItWitMe #PullUpOnMe #ShitGunnGetWicked

**thekingyoungdolph** Pretty awesome Kev Gunz :)

81 views
4 DAYS AGO

Log in to like or comment.

GOVERNMENT EXHIBIT

 kevblack_smm • Follow



**kevblack_smm** I Told That Nigga I Hate Hiding I'm Probally In Ya City #RealHittaShit #KeepItWitMe #PullUpOnMe #ShitGunnGetWicked

**thekingyoungdolph** Pretty awesome Kev Gunz :)



81 views
4 DAYS AGO

Log in to like or comment.

GOVERNMENT EXHIBIT 2

## Inmate Misbehavior Report

STATE OF NEW YORK · DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**Correctional Facility:** Washington

**INMATE MISBEHAVIOR REPORT • INFORME DE MAL COMPORTAMIENTO DEL RECLUSO**

- **Name of Inmate:** Borrie, Amadou
- **No.:** 13A4580
- **Housing Location / Celda:** G-1-18
- **Location of Incident:** Yard
- **Incident Date:** 8/12/17
- **Incident Time:** Approx 3:50 pm

**Rule Violations:** 100.10 – Assault on inmate.

**Description of Incident:**
On the above date and approximate time I was alerted to report to the yard. Upon arrival I observed inmate Joseph 17A3044 D-2-26 with a cut to his right ear. After being seen by medical, I escorted inmate Joseph to the bus and had him watch the go back. Inmate Joseph identified inmate Borrie 13A4580 G-1-18 as the inmate that assaulted him in the yard with a weapon.

**Report Date:** 8/12/17
**Reported by:** J. Gillis
**Title:** Sgt.

---

### Instagram post — kevblack_smm

**kevblack_smm** Niggas even Be telling in Jail Gotta Watch Niggas 🐀

**mafia1151** No-good

**kevblack_smm** @mafia1151 nope 👎

♡ Q

Liked by bradshaw_illy, da_kingmoney, aura_gang_bumbus, gunzoballa, mafia1151, 2014kacosta and iambillionairezoe

2 DAYS AGO

Log in to like or comment.

---

**GOVERNMENT EXHIBIT 3**







